IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-152-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| $75,000.00 IN U. S. CURRENCY, | ) |
| And SEVEN PIECES OF ASSORTED | ) |
| JEWELRY: ONE (1) 14KT WHITE | ) |
| GOLD AND DIAMOND NECKLACE; ONE | ) |
| (1) PAIR 14KT YELLOW GOLD | ) |
| EARRINGS; ONE (1) 10KT YELLOW | ) |
| GOLD, GARNET AND DIAMOND RING; | ) |
| ONE (1)14KT WHITE GOLD TOPAZ, | ) |
| SAPPHIRE, AND DIAMOND RING; | ) |
| ONE (1) 14KT WHITE GOLD AND | ) |
| DIAMOND RING; ONE (1) 18KT | ) |
| WHITE GOLD, TANZANITE, AND | ) |
| DIAMOND RING; ONE (1) 14KT | ) |
| WHITE GOLD AND DIAMOND RING, | ) |
| | ) |
| Defendants. | ) |

---

**DEFAULT AS TO $75,000 IN U.S. CURRENCY**

---

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendant, $75,000 in U.S. Currency for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 31 day of July, 2018.

                                                    Peter A. Moore, Jr.
                                                    Clerk of Court